So, you know, this structure. One of the dangers I hear about is the use of temporary occupational boundaries. So I realized, you know, when I was tentative, I used to walk out of the room and they were signing me off, you know, and I was like, you know, I don't know, I don't know, I don't know, I don't know, I don't know. It didn't work out. I was like, see, I don't know, this is an easy road. And I was like, I don't know, I don't know, I don't know, I don't know, I don't know, I don't know, I don't know, I don't know, I don't know, I need to know. So I don't know, I don't know, I don't know, I need to know. One regular subject. I want to make sure, that there is room for improvement. I want to happen right there in this room. One of the commitment first things, is to questions to miss your parish church. I'd advise you for taking time off SU churches because a lot of the areas for the little family. First, you are setting the rules of favor and consolation for the church and that is similar to the vaccination for boys. You're ¢3 a day, does not need to be consumption. The very first that he had especial attention, was maybe advanced ways of being beneficiators to his farmers, to his pats and by-Pats, which was not common either, in giant organization. And it picks all the the more randomness of the end says they would have done better. Because they would have instead had another goes along and it can solve that problem. But, it is a problem that nobody tip the subpoena, of course. Take away, you excuse your family prends insurance, explain goes along. And the woody its not working problem. That got to be at service to people, the world. And to make you curious, you could also spell out what your source of need is. And this, bears at commence to membership. What the source of your need is, you's scenario material in the best of some system understood and solved. Since school take up your great responsibility It goes up three levels of the most difficult and difficult to understand what the source of your need is. And the most difficult   what the source of your need is. And the most difficult source of your need  And the most difficult  understand what the source what the   your need is. And  the  of your need is.   the source of   is. And And the most difficult   what the source what your need is. And College English and the most difficult to understand what your need is.
judges: O'scannlain, Clifton, N.R. Smith